# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3725

_____

| | |
|---|---|
| Robert A. Clem, | * |
| | * |
| Appellant, | * |
| | *   Appeal from the United States |
| v. | *   District Court for the |
| | *   Eastern District of Arkansas |
| Constance Grayson, Attorney at Law, | * |
| | *       [UNPUBLISHED] |
| Appellee. | * |

_____

Submitted: January 6, 1999

Filed: January 21, 1999

_____

Before McMILLIAN, RICHARD S. ARNOLD, and MORRIS SHEPPARD
ARNOLD, Circuit Judges.

_____

PER CURIAM.

Robert A. Clem appeals from the final judgment entered in the District Court[1]
for the Eastern District of Arkansas dismissing his 42 U.S.C. § 1983 complaint. After
carefully reviewing the record, we conclude the district court did not err. Accordingly,
we affirm the judgment of the district court. See 8th Cir. R. 47A(a).

_____

[1]The Honorable Henry Woods, United States District Judge for the Eastern
District of Arkansas.

A true copy.

Attest:

                CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.